GENERAL FEDERAL FORMS

AO 240. APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

AO 240 (Rev 9/96)

# United States District Court

DISTRICT OF __Delaware__

Jerry A. Hurst, pro se,
Plaintiff

v.

Merrill Trader, et al.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 - 146

I, __Jerry A. Hurst__ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [ ] Yes   [✓] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? ____ Do you receive any payment from the institution? ____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [✓] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. June, 1998; $6671 per month; OOM Management Services Company (OOMMSC); P.O. Box 58992, Riyadh, Saudi Arabia 11515

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [✓] No
   b. Rent payments, interest or dividends              [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments    [ ] Yes   [✓] No
   d. Disability or workers compensation payments       [ ] Yes   [✓] No
   e. Gifts or inheritances                             [ ] Yes   [✓] No
   f. Any other sources                                 [✓] Yes   [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   Sole income is social security of $732.00 per month. Costs of medical care, food, rent, and other necessities of life, greatly exceed income.

# GENERAL FEDERAL FORMS

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes" state the total amount.   CASH: $6.00
   checking: $15.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes" describe the property and state its value.
   1991 Cadillac valued at $400.00 — Needs major repairs and tires exceeding value of car.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

March 6, 2006                         Jerry A. Hurst
_____                       _____
DATE                                  SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.