IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JERRY A. HURST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-146-KAJ |
| | ) | |
| JUDGE MERRILL TRADER, LINDA WHITE, DORIS WILKINS, VERONICA FAUST, CHRISTINE TUNNELL, STUART DROWOS, RICK KEARNEY, AND DOES I-XX, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 16th day of March, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

*[signature]*
United States District Judge