United States District Court
District of Delaware

Jerry A. Hurst, pro se,
　　Plaintiff,

v.

Merrill Trader, et al.,
　　Defendants.

Civil Action No. 06-146-KAJ


FILED
JUN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Notice of Appeal

1. Notice is hereby given that Jerry A. Hurst, pro se, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order sua sponte dismissing the complaint herein, pursuant to 28 U.S.C. § 1915(e)(2)(B), entered in this action on May 16, 2006.

2. Plaintiff requests that the appeal be heard on the original record without reproducing any part, pursuant to Federal Rule of Appellate Procedure 24(c).

3. Notice has been mailed to the trial judge pursuant to the Third Circuit Local Appellate Rule 3.1.

Dated: June 8, 2006

　　　　　　　　　　　　　　　　Jerry A. Hurst
　　　　　　　　　　　　　　　　Jerry A. Hurst, pro se
　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　1201 S. Courthouse Rd., #534
　　　　　　　　　　　　　　　　Arlington, VA 22204
　　　　　　　　　　　　　　　　(703) 920-1839

Jerry A Hurst
1201 S. Courthouse Rd., #534
Arlington, VA 22204

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570