FPS-398                                                                                    DATE: July 31, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3058

Hurst v. Trader

(Delaware No. 06-cv-00146)

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

_____
   The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).


                                                      For the Court,

                                                      /s/Marcia M. Waldron
                                                      Clerk

Dated: August 7, 2006

CH/cc: Mr. Jerry A. Hurst
       W. Michael Tupman, Esq.

A True Copy:

Marcia M. Waldron, Clerk