UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT



FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 DEC -6  PM 2: 22

TO:      Peter T. Dalleo, Clerk, United States District Court

FROM:    Marcia M. Waldron, Clerk          06CV146 KAJ

Please find the enclosed Notice from the Supreme Court of the United States.

(5/31/00)

**Supreme Court of the United States**
Office of the Clerk
Washington, DC 20543-0001



William K. Suter
Clerk of the Court
(202) 479-3011

November 26, 2007

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

FILED
DEC 0 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Jerry A. Hurst
v. Merrill Trader, Judge, Court of Common Pleas of Delaware, et al.
No. 06-12088
(Your No. 06-3058)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk